ORIGINAL

1  chrisespinosaind

2  LEONARDO M. RAPADAS
   United States Attorney
3  RUSSELL C. STODDARD
   First Assistant U.S. Attorney
4  Sirena Plaza Suite 500
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 22 2005 p·*00·

MARY L.M. MORAN
CLERK OF COURT

①

8

9          **IN THE UNITED STATES DISTRICT COURT**

10              **FOR THE DISTRICT OF GUAM**

11                              **05-00053**

12  UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO.
                                     )
13                    Plaintiff,     )    **INDICTMENT**
                                     )
14                                   )    **CONSPIRACY TO DISTRIBUTE**
                                     )    **METHAMPHETAMINE**
15                                   )    **HYDROCHLORIDE**
                                     )    [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii),
16          vs.                      )    and 846]    (COUNT 1)
                                     )
17                                   )    **ATTEMPTED POSSESSION OF**
    CHRISTOPHER M. ESPINOSA,         )    **METHAMPHETAMINE**
18  ERIC M. APONIK,                  )    **HYDROCHLORIDE WITH**
    JOHN V. CRUZ, and                )    **INTENT TO DISTRIBUTE**
19  JARETT J. ELM,                   )    [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii),
                                     )     and 846]    (COUNT 2)
20                    Defendants.    )
                                     )
21

22  THE GRAND JURY CHARGES:

23      **COUNT 1 - CONSPIRACY TO DISTRIBUTE**
        **METHAMPHETAMINE HYDROCHLORIDE**

24      Beginning at a time in or about the month of January, 2005 through on or about June 18,

25  2005, in the District of Guam and elsewhere, the defendants, CHRISTOPHER M. ESPINOSA,

26  ERIC M. APONIK, JOHN V. CRUZ, and JARETT J. ELM, and other persons unknown to the

27  grand jury, did unlawfully, intentionally, and knowingly combine, conspire, confederate and

28  agree together and with others, to distribute over 100 grams of methamphetamine hydrochloride,

a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846.

### COUNT 2 - ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE

On about June 18, 2005, in the District of Guam, the defendants herein, CHRISTOPHER M. ESPINOSA, ERIC M. APONIK, JOHN V. CRUZ, and JARETT J. ELM, did unlawfully and knowingly attempt to possess with intent to distribute over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846.

Dated this 22 day of June 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2