AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
JUN 23 2005
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHAL RECEIVED
22 JUN 2005 14:00:01

UNITED STATES OF AMERICA
V.

**JARETT J. ELM**

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR-05-00053-004

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | **Date and Time** |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Friday, June 24, 2005 at 10:00 a.m. |

To answer a(n)
- **X** Indictment
- ☐ Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**21:841(a)(1), (b)(1)(A)(viii) & 846 – CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)**

**21:841(a)(1), (b)(1)(A)(viii) & 846 – ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 2)**

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

ORIGINAL

**June 22, 2005**
Date

# RETURN OF SERVICE

Service was made by me on:[1]    12:30pm    Date 6/23/05

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: John    U.S. PROBATION OFC, DISTRICT COURT

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6/23/05
Date

J. L. G. Salas
Name of United States Marshal

S/Dusm Munoz
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.