ORIGINAL

FILED
DISTRICT COURT OF GUAM

JUN 23 2005

MARY L.M. MORAN
CLERK OF COURT



1  chrisespinosasel

2  LEONARDO M. RAPADAS
   United States Attorney
3  RUSSELL C. STODDARD
   First Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   Tel: (671) 472-7332/7283
6  Fax: (671) 472-7334

7  Attorneys for the United States of America

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE TERRITORY OF GUAM

10 UNITED STATES OF AMERICA,          ) CRIMINAL CASE NO. **05-00053**
                                      )
11              Plaintiff,            )
                                      )
12          vs.                       ) **APPLICATION AND ORDER**
                                      ) **TO SEAL RECORD**
13 CHRISTOPHER M. ESPINOSA,           )
   ERIC M. APONIK,                    )
14 JOHN V. CRUZ, and                  )
   JARETT J. ELM,                     )
15                                    )
                Defendants.           )
16 _____  )

17      The United States moves this Honorable Court for an order sealing the record in the

18 above-entitled case for the reason that further investigation is still pending in this matter, which

19 may be hindered by making this cause available for public scrutiny.

20      Respectfully submitted this ____ day of June 2005.

21                                  LEONARDO M. RAPADAS
                                    United States Attorney
22                                  Districts of Guam and NMI

23
                                    By: _____
24                                      RUSSELL C. STODDARD
                                        First Assistant U.S. Attorney
25
        IT IS SO ORDERED this 23rd day of ___June___ 2003.
26
RECEIVED

JUN 22 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM

27                                  _____
                                    JOAQUIN V.E. MANIBUSAN, JR.
28                                  Magistrate Judge
                                    District Court of Guam