AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

FILED
DISTRICT COURT OF GUAM
JUN 24 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**ERIC M. APONIK**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: **CR-05-00053-002**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Date and Time<br>**Friday, June 24, 2005 at 10:00 a.m.** |

To answer a(n)
[X] Indictment  [ ] Information  [ ] Complaint  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**21:841(a)(1), (b)(1)(A)(viii) & 846 – CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)**

**21:841(a)(1), (b)(1)(A)(viii) & 846 – ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 2)**

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*(signature)*
Signature of Issuing Officer

**June 22, 2005**
Date

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]       Date |
| Check one box below to indicate appropriate method of service |

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☒ Returned unexecuted: UNABLE TO SERVE IND. IN TIME OF HRS. IND'S. ATTY. IS FEDERAL PUBLIC DEFENDER AS PER U.S. PROB. OFR. MINDY BRUNSON.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  6/24/05
           Date

J. L. B. Solos
Name of United States Marshal

Susan M. Unsoog (signature)
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.