AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
JUN 24 2005
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHAL RECEIVED
22 JUN 2005 14:00:01

UNITED STATES OF AMERICA
V.

JOHN V. CRUZ

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR-05-00053-003

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | 413 |
| | Date and Time<br>**Friday, June 24, 2005 at 10:00 a.m.** |

To answer a(n)
X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)**

**21:841(a)(1), (b)(1)(A)(viii) & 846 - ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 2)**

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon* (signature)
Signature of Issuing Officer

**June 22, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] 943am | 6/24/05 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _John V. Coy 6/24/05_
   _District Court Bldg._    _943 AM_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ___6/24/05___          ___J. L. B. Solas___
              Date                   Name of United States Marshal

                                    ___Susan M. Uregocpo___
                                    (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.