**JOAQUIN C. ARRIOLA, JR., ESQ.**
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant



FILED
DISTRICT COURT OF GUAM

JUN 2 7 2005

MARY L.M. MORAN
CLERK OF COURT

(14)

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR~~053-003~~ 05-00053 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REQUEST FOR NOTICE OF** |
| | ) | **INTENT TO USE EVIDENCE** |
| | ) | **AND DISCOVERY** |
| JOHN V.M. CRUZ | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, Defendant JOHN V.M. CRUZ, through counsel Arriola, Cowan & Arriola,

by JOAQUIN C. ARRIOLA, JR., and requests, pursuant to Rules 12 and 16 of the Federal Rules of

Criminal Procedure, notice from the Government of its intention to use (in its evidence in chief at

trial) any evidence which the defendant may be entitled to discover under Rule 16 as well as the

opportunity for inspection, copying or photographing any and all of the following:

1.　　Any relevant written or recorded statements made by the defendant,
or copies thereof, within the possession, custody of control of the
government, the existence of which is known, or by the exercise of
due diligence may become known, to the attorney for the government;
that portion of any written record containing the substance of any
relevant oral statement made by the defendant whether before or after
arrest in response to interrogation by any person then known to the
defendant to be a government agent; and recorded testimony of the
defendant before a grand jury which relates to the offenses charged;
as well as the substance of any other relevant oral statement made by
the defendant whether before or after arrest in response to

**ORIGINAL**

interrogation by any person then known by the defendant to be a government agent if the government intends to use that statement at trial;

2. Such copy of the defendant's prior criminal record, if any, as is within the possession, custody or control of the government, the existence of which is known or by the exercise of due diligence may become known to the attorney for the government;

3. Any books, papers, documents, photographs, tangible objects, buildings or places, or copies or portions thereof, which are within the possession, custody or control of the government, and which are material to the preparation of the defendant's defense or are intended for use by the government as evidence in chief at the trial, or were obtained from or belong to the defendant;

4. Any result or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession, custody or control of the government, the existence of which is known or by the exercise of due diligence may become known to the attorney for the government, and which are material to the preparation of the defense or are intended for use by the government as evidence in chief at the trial; and

5. A written summary of testimony the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial. This summary must describe the witnesses' opinions, the bases and the reasons therefor, and the witnesses' qualifications.

If, prior to or during trial, the Government discovers additional evidence or material herein requested, Defendant JOHN V.M. CRUZ, requests prompt notice of the existence of the additional evidence or material, under the continuing duty to disclose pursuant to Rule 16(c).

Dated at Hagåtña, Guam: June 27, 2005.

ARRIOLA, COWAN & ARRIOLA

JOAQUIN C. ARRIOLA, JR.

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

# CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2005, a copy of the Request for Notice of Intent to Use

Evidence and Discovery was served upon Plaintiff, United States of America, by hand-delivering

a copy thereof to:

> RUSSEL STODDARD, ESQ.
> Assistant U. S. Attorney
> United States Attorney's Office, Criminal Division
> Suite 500, Sirena Plaza
> 108 Hernan Cortez Avenue
> Hagatna, Guam 96910;

Dated at Hagåtña, Guam: June 27, 2005.

ARRIOLA, COWAN & ARRIOLA

JOAQUIN C. ARRIOLA, JR.