EspinosaEtAl.USR

**FILED**
DISTRICT COURT OF GUAM
JUN 30 2005
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHRISTOPHER M. ESPINOSA, ) <br> ERIC M. APONIK, JOHN V. CRUZ, ) <br> and JARETT J. ELM, ) <br> ) <br> Defendants. ) | CRIMINAL CASE NO. 05-00053 <br><br> **APPLICATION AND ORDER TO UNSEAL RECORD** |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the record in the above-entitled cause for the reason that the investigation in this case is now complete

//
//
//
//
//

-1-

and there is no further reason for these proceedings to remain secret.

Respectfully submitted this 28th day of June, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Russell C. Stoddard
RUSSELL C. STODDARD
First Assistant U.S. Attorney

***ORDER***

**IT IS SO ORDERED** this 29th day of June, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
JUN 28 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-

Case 1:05-cr-00053   Document 17   Filed 06/30/2005   Page 2 of 2