

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**FILED** DISTRICT COURT OF GUAM JUL 18 2005 MARY L.M. MORAN CLERK OF COURT (19)

CASE NO. CR-05-00053-001         DATE: 07/18/2005         TIME: 11:42 a.m.

HON. FRANCES TYDINGCO-GATEWOOD, Designated Judge         Law Clerk: Kim Walmsley
Court Reporter: Wanda M. Miles         Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 11:42:08 - 11:55:18         CSO: F. Tenorio

**************************APPEARANCES**************************

**DEFT:** CHRISTOPHER M. ESPINOSA         **ATTY:** RAWLEN MANTANONA
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.         ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID         AGENT: CRAIG HALES, U.S. POSTAL INSPECTOR

U.S. PROBATION: CARMEN O'MALLAN         U.S. MARSHAL: W. GRAY

INTERPRETER: _____         ( ) SWORN     LANGUAGE: _____
                              ( ) PREVIOUSLY SWORN

**PROCEEDINGS:  INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: RAWLEN MANTANONA, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: 24    HIGH SCHOOL COMPLETED: JUNIOR IN HIGH SCHOOL
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVED READING OF ( ) COMPLAINT  ( ) INFORMATION  ( X ) INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY*  ( X ) *NOT GUILTY* - TO: CHARGES CONTAINED IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____  ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR: AUGUST 8, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Government adopted the pretrial service officer's recommendation of detention. Defense counsel stated that he will bring a bail motion at a later date.

The Court and parties discussed the trial date of August 8, 2005. The Government stated that under the speedy trial clock in a multiple defendant case the clock starts running after the arraignment of the last defendant.

Courtroom Deputy: _____