# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

| UNITED STATES OF AMERICA | **NOTICE** | **FILED**<br>DISTRICT COURT OF GUAM<br>AUG 2 9 2005<br>MARY L.M. MORAN<br>CLERK OF COURT |
|---|---|---|
| V. | | |
| CHRISTOPHER M. ESPINOSA, et al | CASE NUMBER: 05-00053 | |

**TYPE OF CASE:**
☐ CIVIL    X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**JURY TRIAL**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Thursday, September 1, 2005 at 10:00 a.m. | RESCHEDULED TO DATE AND TIME<br><br>Wednesday, August 31, 2005 at 9:30 a.m. |
|---|---|---|

Mary L.M. Moran
CLERK OF COURT

August 26, 2005
DATE

(BY) DEPUTY CLERK

TO:  R. Stoddard                R. Mantanona                W. Gavras                J. Arriola
     First Asst. U.S. Attorney  Attorney for Espinosa       Attorney for Elm         Attorney for Cruz

     J. Gorman
     Attorney for Aponik