# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES



**FILED**

DISTRICT COURT OF GUAM

AUG 30 2005

MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00053-003**      **DATE: August 30, 2005**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| HON. S. JAMES OTERO, Designated Judge, Presiding | Law Clerk: NONE PRESENT |
| Court Reporter: Wanda M. Miles | Courtroom Deputy: Leilani Toves Hernandez |
| Hearing Electronically Recorded: 2:06:28 - 2:39:08 | CSO: J. Lizama / L. Gogo |

* * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: JOHN V. M. CRUZ**      **ATTY : JOAQUIN C. ARRIOLA, JR.**

( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.      ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY: RUSSELL STODDARD**      **AGENT: CRAIG HALES, U.S. POSTAL INSPECTOR**

**U.S. PROBATION: JUDY OCAMPO**      **U.S. MARSHAL: J. CURRY**

**INTERPRETER:_____**    ( ) SWORN    **LANGUAGE: _____**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PROCEEDINGS:**      **CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED:    AGE: __34__    SCHOOL COMPLETED: __12th Grade__
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: <u>COUNT I</u>
( X ) *AMENDED* PLEA AGREEMENT FILED: __08/30/2005__   PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( X ) STATUS HEARING: <u>November 28, 2005 at 10:00 a.m.</u>
( ) PRESENTENCE REPORT DUE: _____

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE BOND AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

<u>The Court struck the reference to 'ice', in paragraph 2a of the Amended Plea Agreement, and had counsel initial</u>
<u>the change by inter-lineation.</u>

<u>Government requested for a status hearing. Defense had no objections. The Court set the matter for status</u>
<u>hearing and instructed the defendant that he is on call to his attorney and is to comply with his conditions of</u>
<u>release.</u>

Courtroom Deputy: _____