ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
DEC 3 0 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN V.M. CRUZ, <br><br> Defendant. | CRIMINAL CASE NO. 05-00053-03 <br><br> **STIPULATION OF PARTIES TO SET STATUS HEARING** |

The parties in the above-entitled matter, the United States of America, and the defendant, by and through his counsel, Joaquin C. Arriola, Jr., hereby stipulate to set a status hearing, on or or after March 1, 2006, or as soon thereafter as the Court's schedule permits.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 12-29-05

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

DATED: DEC 30 2005

_____
JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant