LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 05 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00053-03 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | Re: December 30, 2005 |
| | ) | **Stipulation of Parties** |
| JOHN V. M. CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the Stipulation of Parties filed December 30, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that a status hearing be set for March 7, 2006, at 2:00 p.m. before the Honorable Judge James L. Robart.

DATE: 1/5/2006

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

**ORIGINAL**