DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


FILED
DISTRICT COURT OF GUAM
FEB 15 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00053-003     DATE: February 15, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: J. Hattori
Court Reporter: Wanda Miles    Courtroom Deputy: Leilani Toves Hernandez
Electronically Recorded - RUN TIME: 9:15:48 - 9:20:52    CSO: J. McDonald

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT:** JOHN V. CRUZ     **ATTY:** JOAQUIN C. ARRIOLA, JR.
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.    ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY:** RUSS STODDARD     **AGENT:**

**U.S. PROBATION:** ROSANNA VILLAGOMEZ-AGUON     **U.S. MARSHAL:** NONE PRESENT

**INTERPRETER:** _____ ( ) SWORN     **LANGUAGE:** _____

**PROCEEDINGS:**    - INITIAL APPEARANCE
            - ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF SUPERVISED RELEASE
( ) REVOCATION OF SUPERVISED RELEASE IS GRANTED. (SEE REVERSE)

( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED OR CONTINUED
( X ) PROCEEDINGS CONTINUED TO: March 14, 2006 at 10:30 a.m.
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

( X ) **NOTES:**

Mr. Arriola requested for a 30-day continuance, noting that if the defendant violates another condition then a hearing will be held sooner. Government concurred with counsel. The Court warned the defendant to comply with his conditions. Defendant was released on personal recognizance bond as previously ordered by this Court. The Court continued the matter to March 14, 2006 at 10:30 a.m.

Courtroom Deputy: _____