JVCruz.STP

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
FEB 21 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN V. M. CRUZ, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00053-003 <br><br> **STIPULATION OF PARTIES TO CONTINUE STATUS HEARING** |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, Joaquin C. Arriola, Jr., hereby stipulate to continue the Status Hearing currently scheduled for March 7, 2006, at 2:30 p.m. to a date sometime after April 30, 2006.

The parties make the foregoing request for the reasons that defendant is cooperating with the government, and that he is also scheduled to be called upon as a witness for the government against co-defendant, Christopher M. Espinosa. Defendant Espinosa's trial is scheduled for

\\
\\
\\

ORIGINAL

March 7, 2006. The additional time is necessary so that the parties can fully assess the nature and extent of the defendant's cooperation.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 2-21-06

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

DATED: 2/2/12

_____
JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant

-2-