JVCruz.ORD

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 22 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN V. M. CRUZ,<br><br>        Defendant. | CRIMINAL CASE NO. 05-00053<br><br>**ORDER**<br>re: Second Stipulation<br>to Continue Status Hearing |

Through a February 21, 2006 stipulation to continue status hearing having come before this Honorable Court and the Court finding good cause for the issuance of the Order;

**IT IS SO ORDERED** that the Status Hearing currently scheduled for March 7, 2006, is hereby rescheduled to May 2, 2006, at 2:30 p.m.

February 22, 2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**