DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


**FILED**
DISTRICT COURT OF GUAM
MAR 14 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00053-003          DATE: March 14, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: J. Hattori
Court Recorder: Marilyn Alcon          Courtroom Deputy: Marilyn Alcon
Electronically Recorded - RUN TIME: 10:28:16 - 10:33:24          CSO: J. Lizama/F. Tenorio

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** JOHN V. CRUZ          **ATTY:** JOAQUIN C. ARRIOLA, JR.
(X) NOT PRESENT  ( ) CUSTODY  ( ) BOND  (X) P.R.          (X) PRESENT  ( ) RETAINED  ( ) FPD  (X) CJA APPOINTED

**U.S. ATTORNEY:** ROSETTA SAN NICOLAS          **AGENT:**

**U.S. PROBATION:** CARMEN O'MALLAN          **U.S. MARSHAL:** C. MARQUEZ

**INTERPRETER:** _____ ( ) SWORN          **LANGUAGE:** _____

**PROCEEDINGS:** - CONTINUED ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED

(X) ALLEGATIONS STATED BY PRETRIAL SERVICES
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF SUPERVISED RELEASE
( ) REVOCATION OF SUPERVISED RELEASE IS GRANTED. (SEE REVERSE)

(X) PRETRIAL RELEASE CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED OR CONTINUED
( ) PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

(X) **NOTES:** Defense counsel informed the Court of the reason for his client's non-appearance today. Government had no objection.

U.S. Probation Officer, Carmen O'Mallan, moved the Court to amend the defendant's release conditions to include that he not consume any type of fluids three (3) hours prior to testing. Parties had not objection - GRANTED.

Courtroom Deputy: _/mba_

Case 1:05-cr-00053     Document 189     Filed 03/14/2006     Page 1 of 1