```
1   JVCruz.SVS

2   LEONARDO M. RAPADAS
    United States Attorney
3   KARON V. JOHNSON
    Assistant U.S. Attorney
4   Suite 500, Sirena Plaza
    108 Hernan Cortez Street
5   Hagåtña, Guam 96910
    Telephone: (671) 472-7332/7283
6   Telecopier: (671) 472-7334

7   Attorneys for United States of America
```

FILED
DISTRICT COURT OF GUAM
MAY 24 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00053 |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **STIPULATION OF PARTIES** |
|  | ) | **TO VACATE STATUS HEARING** |
| JOHN V. M. CRUZ, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

The parties in the above-entitled matter, the United States of America, and the defendant, by and through his counsel, Joaquin C. Arriola, Jr., hereby stipulate to vacate the

\\
\\
\\
\\
\\

status hearing, currently scheduled for June 6, 2006 at 2:30 p.m., and set this case for sentencing as soon as the Court's schedule permits.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 5/23/06      By: */s/ Karon V. Johnson*
KARON V. JOHNSON
Assistant U.S. Attorney

DATED: 5/24/06      */s/ Joaquin C. Arriola, Jr.*
JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant

-2-