
FILED
DISTRICT COURT OF GUAM
JUL -7 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>      Plaintiff,<br>vs.<br><br>JOHN V.M. CRUZ<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | USDC Cr. Cs. No. 05-00053-003<br><br>INFORMATIONAL REPORT CONCERNING<br>PRESENTENCE INTERVIEW |

On June 24, 2005, the defendant made an Initial Appearance before Magistrate Judge Joaquin V. E. Manibusan Jr., in Criminal Case Number 05-00053-003, pursuant to an Indictment of Conspiracy to Distribution of Methamphetamine Hydrochloride and Attempted Possession of Methamphetamine Hydrochloride with Intent to Distribute, both in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846. He was released on personal recognizance with conditions. On August 30, 2005, the defendant pled guilty to Conspiracy to Distribute Methamphetamine Hydrochloride (ice) in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846. The case was set for a Status Hearing. On May 25, 2006, the Court vacated the Status Hearing and set Sentencing for August 31, 2006. The U.S. Probation Office was ordered to prepare a presentence report by July 20, 2006.

The probation officer contacted the defendant on June 12, 2006 for a presentence interview. His appointment to meet the officer was on June 14, 2006. On that day, the defendant called the officer and asked to reschedule the appointment due to a lack of transportation. The appointment was rescheduled to June 15, 2006. On that day, the defendant called and left a message stating that he had an emergency with his child and would call to reschedule from the clinic.

On June 19, 2006, the officer called the defendant at home to no avail. On June 23, 2006, the defendant was informed to contact the probation officer by Mr. William Melendez, who is a drug treatment provider for the probation office, however, the defendant failed to do so. On June 26, June 29, and July 3, 2006, the officer contacted the defendant's attorney who also was not able to make contact with the defendant.

The probation officer submits this report to request that the Court take whatever action is deemed necessary in this matter to compel the defendant to comply with the Court's order. Furthermore, the probation officer also requests an extension of the presentence report in order to conduct the investigation after the defendant is brought into compliance.

RESPECTFULLY submitted this 5th day of July 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *[signature]*
CARLEEN G. BORJA
U.S. Probation Officer

Approved by:

*[signature]*
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

7/5/06
DATE

cc: Russell C. Stoddard, AUSA
Joaquin Arriola Jr., Defense Counsel

STAMPED IN ERROR
RECEIVED
JUL -5 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM