FILED
DISTRICT COURT OF GUAM
JUL -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN V.M. CRUZ, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00053 <br><br><br><br><br> **ORDER** |

On July 7, 2006, the United States Probation Office filed an Informational Report. (Docket No. 277.) Therein, the probation officer advised the Court that she had made repeated attempts to have the Defendant appear for a presentence interview. Despite various attempts to communicate and contact the Defendant, however, to date he has failed to report for said interview, which is necessary in the preparation of the presentence report. Accordingly, the Court hereby ORDERS the Defendant to report to the United States Probation Office no later than noon on July 14, 2006, for a presentence interview. The Court admonishes the Defendant and advises him that failure to appear for his presentence interview may subject him to the imposition of sanctions, to include the possible revocation of his pretrial release. Should the Defendant fail to appear by said date, the probation officer is directed to immediately advise the Court of such failure so that the Court can take immediate corrective measures.

Furthermore, the Court hereby grants the probation officer's request for a continuance of

the sentencing hearing and submission of the presentence report, in light of the Defendant's failure to appear. The sentencing hearing previously set for August 31, 2006, is hereby moved to September 28, 2006, at 9:30 a.m. before the Honorable Morrison C. England, United States District Judge for the Eastern District of California. The presentence report shall be provided to the parties no later than August 17, 2006. The parties shall file their responses to the presentence report no later than August 31, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than September 14, 2006.

SO ORDERED this 7th day of July 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge