| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN V.M. CRUZ, <br><br> Defendant. | Case No. 1:05-cr-00053 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order filed on July 7, 2006*, on the dates indicated below:

| Arriola, Cowan and Arriola | U.S. Attorney's Office | U.S. Probation Office | U.S. Marshals Service |
|---|---|---|---|
| July 11, 2006 | July 11, 2006 | July 11, 2006 | July 13, 2006 |

I, Melissa L. Trauner, declare under the penalty of perjury that on the above listed date(s) the:

*Order filed on July 7, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 13, 2006                                                    /s/ Melissa L. Trauner
                                                                                    Deputy Clerk