johcruz5k

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 25 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JOHN V. CRUZ,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00053<br><br>**GOVERNMENT'S STATEMENT ADOPTING PRESENTENCE REPORT, MOTION FOR ADDITIONAL ONE-LEVEL DEPARTURE AND MOTION FOR SUBSTANTIAL ASSISTANCE DEPARTURE** |

   Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

   In addition, the United States of America, plaintiff, by and through the undersigned counsel Karon V. Johnson, Assistant United States Attorney, moves this Honorable Court for a one level departure downward from the guidelines sentencing level pursuant to USSG § 3E1.1(b) because the defendant timely notified the government of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the court to allocate its resources efficiently. Accordingly, defendant's total offense level will be 29. With a criminal history of II, this requires a term of 97-121 months incarceration. Given the quantity of drugs involved, defendant is subject to a mandatory minimum sentence of 120 months incarceration.

   The United States hereby moves this Honorable Court for a departure from the mandatory minimum term of 120 months, as provided by 18 U.S.C. § 3553(c), and the

Guidelines level, as provided by USSG Section 5K1.1, on the basis that defendant has rendered substantial assistance to the government in its investigation of drug trafficking on Guam.

The government is filing under seal a separate sentencing memorandum concerning the details of that cooperation. The government is recommending that defendant receive a sentence of 78 months incarceration.

RESPECTFULLY SUBMITTED this __25th__ day of August, 20006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *(signature)*
KARON V. JOHNSON
Assistant U.S. Attorney

- 2 -