# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**JOHN V. CRUZ**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: **CR-05-00053-003** |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**3rd FLOOR, U.S. COURTHOUSE**<br>**520 WEST SOLEDAD AVENUE**<br>**HAGATNA, GUAM 96910** | Room<br>**320** |
|---|---|
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Date and Time<br>**Tuesday, September 19, 2006 at 1:30 p.m.** |

To answer a(n)
☐ Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition **X** Pretrial Violation Notice

Charging you with a violation of Title _____ **18** _____ United States Code, Section(s) _____ **3148** _____

Brief description of offense:

**SEE PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE PREVIOUSLY FILED ON AUGUST 30, 2006**

| | |
|---|---|
| **LEILANI R. TOVES HERNANDEZ, Deputy Clerk**<br>Name and Title of Issuing Officer | _(signature)_<br>Signature of Issuing Officer |
| **August 31, 2006**<br>Date | |

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]            Date |
| Check one box below to indicate appropriate method of service |

☐     Served personally upon the defendant at:

☐     Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐     Returned unexecuted:

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    _____         _____
                     Date                                      Name of United States Marshal

                                                                                                     _____
                                                                                                     (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.