# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
SEP 15 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**JOHN V. CRUZ**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: **CR-05-00053-003**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **3rd FLOOR, U.S. COURTHOUSE**<br>**520 WEST SOLEDAD AVENUE**<br>**HAGATNA, GUAM 96910** | **320** |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | **Tuesday, September 19, 2006 at 1:30 p.m.** |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  **X** Pretrial Violation Notice

Charging you with a violation of Title ____**18**____ United States Code, Section(s) ____**3148**____

Brief description of offense:

**SEE PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE PREVIOUSLY FILED ON AUGUST 30, 2006**

---

**LEILANI R. TOVES HERNANDEZ, Deputy Clerk**
Name and Title of Issuing Officer

*/s/ Hernandez*
Signature of Issuing Officer

**August 31, 2006**
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]     Date: 9/15/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USMS office - GUAM

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    9/15/06        J. Sales
              Date                        Name of United States Marshal

                                              (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.