**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**REVOCATION**

CASE NO.: CR-05-00053-003  DATE: September 19, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Veronica Flores
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 1:39:06 - 2:02:13
CSO: B. Benavente / P. Taijeron

**APPEARANCES:**
Defendant: John V. Cruz  Attorney: Joaquin C. Arriola, Jr.
☑ Present ☐ Custody ☐ Bond ☑ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Carmen O'Mallan  U.S. Marshal: G. Perez
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance and Order to Show Cause Why Pretrial Release Conditions Should Not Be Revoked or Modified**
- Defendant admits to the allegations.
- Government counsel and probation recommended detention. Defense counsel argued for continued release.
- Defense counsel's oral motion to continue defendant's sentencing to October 11, 2006 is granted. Sentencing set for <u>October 11, 2006 at 9:30 a.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: