AO 471 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of     GUAM

FILED
DISTRICT COURT OF GUAM
SEP 19 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

JOHN V. CRUZ

*Defendant*

**ORDER OF DETENTION
PENDING SENTENCING**

Case Number: CR-05-00053-003

I find that the defendant

**X** is, and was at the time the alleged offense was committed:

☐ on release pending trial for a felony under federal, state, or local law.

**X** on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

☐ on supervised release for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant

☐ flee, or **X** poses a danger to another person or the community in that he has admitted to violating the conditions of his pretrial release.

I accordingly ORDER the detention of the defendant without bail to and including **October 11, 2006**.

Date     **SEPTEMBER 19, 2006**

JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE

**ORIGINAL**