UNITED STATES DISTRICT COURT
DISTRICT OF GUAM



**FILED**
DISTRICT COURT OF GUAM
OCT 11 2006
MARY L.M. MORAN
CLERK OF COURT

HON. JOHN C. COUGHENOUR, U. S. DISTRICT JUDGE

Deputy Clerk: Julie Mahnke

Court Reporter: _Miles_    Date _Oct. 11, 2006_

SENTENCING MINUTES    _9:29 - 9:39_

CASE NO. _CR05-53_    U. S. v. _John Cruz_

U.S. Atty: _Johnson_    Deft.Atty: _Arriola_

USPO _C. Borja_    Intrp. _____

Guideline range determined by the court: Total Offense Level _29_
Criminal History Category _2_    Imprisonment range: _97-121_ months
Supervised release range_____    Fine range:_____

**SENTENCE IMPOSED:** (✓) IMPRISONMENT FOR A TERM OF _72_ months

(✓) SUPERVISED RELEASE  ( ) PROBATION   FOR A TERM OF _#5_ years

CONDITIONS OF SUPERVISION/PROBATION:
(✓) Standard conditions and those set forth in the PSI.
( ) Substance abuse conditions ( ) Mental health conditions
( ) Financial Conditions ( ) No re-entry into U.S. without permission.
(✓) Fine waived     ( ) Fine in the amount of_____
( ) Restitution in the sum of_____
(✓) Necessary Penalty Assessment for each count must be paid.
( ) Cost of incarceration ( ) to be paid   ( ) waived.
The Court departs from the guidelines for the following reasons:
_those set forth in the PSI._
( ) Deft. is permitted to self-report. (✓) Deft. remains in custody.
( ) Deft. is remanded to the custody of the U. S. Marshal.
(✓) Motion to dismiss remaining counts is granted.
( ) Court recommends incarceration at_____
(✓) Defendant advised of right to appeal.
OTHER: _Govts. mtn for downward departure granted._

_10/11/06_