DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CRIMINAL CASE NO. 05-00053-003 |
| vs. | **ORDER** |
| JOHN V. CRUZ, | |
| Defendant. | |

On April 24, 2007, the Court received payment in the amount of $25.00 through U.S. Treasury's Intra-Governmental Payment and Collection (IPAC) System. In accordance with the Internal Control Manual and the Bureau of Prison's payment report (Exhibit A), said payment was applied toward deposit fund 6855XX since the Defendant's special assessment obligation was paid in full (Exhibit B).

Subsequently, the Clerk's Office verified with the U.S. Attorney's Financial Litigation Unit (FLU) that said payment was an overpayment of his special assessment fee. Accordingly, the Clerk of Court is hereby ordered to refund Defendant John V. Cruz, in the amount of $25.00. In accordance with the Inmate Financial Responsibility Program, the Clerk of Court is further ordered to disburse the overpayment refund to the Federal Bureau of Prisons, P.O. Box 474701, Des Moines, Iowa, 50947-0001.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jun 07, 2007

FMIS DEBT MANAGEMENT MODULE
BOP INMATE OFFSET PROGRAM
MONTHLY PAYMENT REPORT BY COLLECTION OFFICE
AS OF 03/29/07 AT 12.21.30
FROM 20070301 TO 20070331

COLLECTION OFFICE CODE: GU
COLLECTION OFFICE NAME: U.S. ATTORNEY GUAM

II--CLERK OF COURT PAYMENTS

| USAO NUMBER | NAME OF DEBTOR | PAYMENT DATE | PAYMENT AMOUNT | DEPOSIT-NO | BOP INMATE REG. NO. | DOCKET/COURT-NO | AGENCY CODE | COA CODE | INST. NAME |
|---|---|---|---|---|---|---|---|---|---|
| | CASTRO, PAULINE MARI | 2007/03/14 | $50.00 | 122 07-061 | 02628-093 | CR-06-00001-001 | XXXX | XCVF | FCI, DUBLIN |
| | CHEUNG, WING KWONG | 2007/03/09 | $40.00 | 453 07-061 | 02431-093 | CR-04-00013 | XXXX | XCVF | FMC, BUTNER |
| | CRUZ, JOHN JUNIOR | 2007/03/12 | $25.00 | 111 07-061 | 02627-093 | CR-06-00001-002 | XXXX | XCVF | FDC HONOLULU |
| | CRUZ, JOHN V | 2007/03/06 | $25.00 | 148 07-061 | 02562-093 | CR-05-00053-003 | XXXX | XCVF | FCI, TERMINAL I |
| | DAMASO, JAMES RUMBAU | 2007/03/14 | $25.00 | 111 07-061 | 02626-093 | CR-06-00005 | XXXX | XCVF | FDC HONOLULU |
| | ESPINOSA, CHRISTOPHE | 2007/03/14 | $25.00 | 236 07-061 | 40342-048 | CR-05-00053-001 | XXXX | XCVF | FCI, VICTORVILL |
| | FULLER, EDITA ILANG | 2007/03/12 | $25.00 | 145 07-061 | 02579-093 | CR-01-00063-002 | XXXX | XCVF | FCI, DANBURY |
| | GONZALEZ, ANNETTE JO | 2007/03/14 | $25.00 | 122 07-061 | 02573-093 | CR-05-00039-008 | XXXX | XCVF | FCI, DUBLIN |
| | GONZALEZ, GERARDO EL | 2007/03/12 | $50.00 | 432 07-061 | 02547-093 | CR-05-00042-001 | XXXX | XCVF | ADM, FLORENCE |
| | HAMAMOTO, GINGER PER | 2007/03/14 | $25.00 | 122 07-061 | 02589-093 | CR-06-00018-001 | XXXX | XCVF | FCI, DUBLIN |
| | HUYNH, QUANG TAM | 2007/03/12 | $55.00 | 163 07-061 | 02476-093 | CR-04-00050 | XXXX | XCVF | FCI, LOMPOC |
| | LEUNG, CHO SUM | 2007/03/12 | $25.00 | 111 07-061 | 02341-093 | CR-03-00024 | XXXX | XCVF | FDC HONOLULU |
| | LUJAN, JAMES ROBERT | 2007/03/12 | $25.00 | 166 07-061 | 02570-093 | CR-05-00076 | XXXX | XCVF | FCI HERLONG |
| | MENDIOLA, CORNELIUS | 2007/03/12 | $25.00 | 237 07-061 | 02492-093 | CR-05-00004 | XXXX | XCVF | FPC, YANKTON |
| | MESA, ALEXANDER UNTA | 2007/03/08 | $25.00 | 147 07-061 | 00039-093 | CR-06-00006 | XXXX | XCVF | FCI, SANDSTONE |
| | MESA, JOSEPH ANTHONY | 2007/03/06 | $25.00 | 148 07-061 | 02588-093 | CR-05-00066-001 | XXXX | XCVF | FCI, TERMINAL I |
| | MORALES, DEANNA INGR | 2007/03/12 | $25.00 | 187 07-061 | 02548-093 | CR-05-00039-003 | XXXX | XCVF | FCI, PHOENIX |
| | NELSON, RICKY ANTHON | 2007/03/12 | $25.00 | 108 07-061 | 02559-093 | CR-05-00060 | XXXX | XCVF | FCI, OAKDALE |
| | PERALTA, JOHN TIMOTH | 2007/03/12 | $30.00 | 230 07-061 | 02549-093 | CR-05-00061 | XXXX | XCVF | FCI, SHERIDAN |
| | RODRIGUEZ, LISA MARI | 2007/03/09 | $25.00 | 122 07-062 | 02553-093 | CR-05-00077 | XXXX | XCVF | FCI, DUBLIN |
| | SABLAN, DAVID T | 2007/03/12 | $25.00 | 188 07-061 | 00986-093 | CR-94-00063 | XXXX | XRCM | US POLLACK |
| | SANTOS, RICHARD J | 2007/03/08 | $25.00 | 463 07-061 | 02447-093 | CR-04-00033 | XXXX | XRFA | BML, BEAUMONT |

**EXHIBIT A**

```
        RECEIPT FOR PAYMENT
       DISTRICT COURT OF GUAM
          HAGATNA, GUAM

Rcpt#: 30150         Date: 10/11/2006
                     Time: 9:59:39 AM

Received From:
   Cruz, John V.

============================================

CR-05-00053
USA v. Gim
Party: Cruz, John V.
       Account                  Amount
       -------                  ------

   Assessments/Fines @1
       .04100                   100.00

                             ============
   TOTAL DUE........:           100.00
                             ============
   TENDERED.........:
       Cash.........:           100.00

   TOTAL RECEIVED...:           100.00

   CHANGE DUE.......:             0.00


Checks and drafts are accepted subject
to collection and full credit will only
be given when the check or draft has
been accepted by the financial
institution on which it was drawn.


Deputy
Clerk  /s/
        Walter Tenorio
```

**EXHIBIT B**